AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| (1) JASDRUAL PEREZ, a/k/a "Josh"; | ) | Case No. |
| ████████ | ) | 22-MJ-1027-DLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __at least Feb. 2021 to Feb. 2022__ in the county of __Norfolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute 400 grams or more of a mixture or substance containing fentanyl |

This criminal complaint is based on these facts:
See attached Affidavit of DEA TFO David J. Spirito

☑ Continued on the attached sheet.

*Complainant's signature*

David J. Spirito, DEA Task Force Officer
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 2/11/2022

*Judge's signature*

City and state:  Boston, Massachusetts          Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*